FILED: August 16, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1761
(8:20-cv-01502-PJM)
_____

In re: ROCK SPRINGS DRIVE, LLC

    Petitioner

_____

O R D E R

_____

Upon consideration of the petition for writ of mandamus filed by Rock Springs Drive, LLC, the court directs the filing of an answer to the petition by the respondent, pursuant to Fed. R. App. P. 21(b)(1).

The answer shall be filed by August 20, 2024.

For the Court

/s/ Nwamaka Anowi, Clerk