UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
**CERTIFICATE OF CONFIDENTIALITY, LOCAL RULE 25(c)**

No. _____24-1761_____    Caption: _In re: Rock Springs Drive, LLC_____

_____Respondent_____

(appellant, appellee, petitioner, respondent, other)

certifies the following information regarding sealing of the document(s) described below:

1. Identify document(s) filed (e.g., sealed appendix volume, sealed version of brief):

_____Sealed Appendix Volume_____

2. Is sealing of document(s) necessary?

☐ No
☑ Yes, to protect material sealed under the Privacy Policy for Electronic Case Files, or
   by statute, rule, regulation, or order

3. Date(s) of order(s) sealing the material or, if there is no order, the authority relied upon to treat
the material as sealed:

_Sealed Appendix Volume includes documents ordered to remain sealed by District court Order Sept. 15,_
_2021 (ECF No. 130)._

4. Terms of order sealing the material, including who is permitted access to sealed material (if
filed ex parte, document must be marked SEALED and EX PARTE):

Only IWA, Rock Spring Plaza II, LLC, and Rock Springs Drive LLC are permitted access to sealed
material.

5. (For SEALED APPENDIX)  Sealed record material has been separated from any unsealed
record material and placed in a separate, sealed volume of the appendix.

☑ Yes

6. (For SEALED BRIEFS, SEALED DOCUMENTS)  Two versions of document are filed:
Sealed version with sealed material highlighted and public version with sealed material redacted.

☐ Yes

## CERTIFICATE OF SERVICE

I certify that on ___8/20/2024___ the sealed document(s) identified in this Certificate of Confidentiality were served on the following parties or counsel of record outside of CM/ECF at the addresses listed below.  Service may be made by direct email or other electronic means with the prior written consent of the party to be served.  In consolidated criminal cases, identify which sealed appendix volumes were served on each party or attorney.

Sara E. Kropf
Kropf Moseley, PLLC
1100 H Street NW,
Ste. 1220
Washington, DC 20005
sara@kmlawfirm.com

William B. Hill, Jr.
Seyfarth Shaw, LLP
1075 Peachtree Street, NE
Suite 2500
Atlanta, GA 30309
wbhill@seyfarth.com

Rebecca A. Davis
Arnall Golden Gregory, LLP
171 17th Street NW
Ste. 2100
Atlanta, GA 30363
rebecca.davis@agg.com

___/s/ William M. Bosch___
Signature

___08/20/24___
Date