FILED: August 21, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1761
(8:20-cv-01502-PJM)

_____

In re: ROCK SPRINGS DRIVE, LLC

      Petitioner

_____

O R D E R

_____

Upon consideration of the certificate of confidentiality, the court places respondent's appendix volume number II under seal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk