No. 24-1761

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

IN RE ROCK SPRINGS DRIVE LLC,
*Petitioner*

_____

From the United States District Court for
the District of Maryland
Civil Action 8:20-cv-01502

_____

**PETITIONER ROCK SPRINGS DRIVE LLC'S MOTION FOR LEAVE
TO FILE REPLY IN SUPPORT OF
EMERGENCY PETITION FOR MANDAMUS**

_____

Petitioner Rock Springs Drive LLC (RSD) files this Motion for Leave to File Reply in Support of Emergency Petition for Mandamus respectfully moving this Court for leave to file a 4-page Reply to Respondent Rock Spring Plaza II, LLC's Answer in Response to Rock Springs Drive LLC's petition. This Reply is necessary to address new legal arguments not raised by Respondent in the district court below and to correct factual misstatements.

A copy of RSD's proposed Reply is attached as Exhibit A.

1

Dated: August 22, 2024

                                                            Respectfully submitted,

                                                            /s/ Sara E. Kropf

                                                            Sara E. Kropf, Esq.
                                                           KROPF MOSELEY PLLC
                                                           1100 H Street NW, Suite 1220
                                                           Washington, DC 20005
                                                           (202) 627-6900
                                                           sara@kmlawfirm.com

## **CERTIFICATE OF COMPLIANCE**

This answer complies with the typeface and type-style requirements of the Federal Rules of Appellate Procedure because it has been prepared in a proportionately spaced typeface using Microsoft Word for Office 365 in 14-point Times New Roman font and contains 77 words.

Dated: August 22, 2024

>                             /s/ Sara E. Kropf
>                             Sara E. Kropf, Esq.

## CERTIFICATE OF SERVICE

I certify that on the 22nd day of August 2024, a copy of this motion and exhibit were sent by overnight mail to:

> The Honorable Peter J. Messitte
> United States Courthouse
> 6500 Cherrywood Lane, Suite 475
> Greenbelt, MD 20770

On this day, a copy of this petition was served electronically on all counsel of record.

/s/ Sara E. Kropf
Sara E. Kropf, Esq.