FILED: August 22, 2024

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 24-1761
(8:20-cv-01502-PJM)
_____

In re: ROCK SPRINGS DRIVE, LLC

    Petitioner

_____

O R D E R

_____

Upon consideration of the submissions relative to the petition for writ of mandamus and motion to file a reply brief in support of the petition for writ of mandamus, the court denies the petition for writ of mandamus and grants the motion to file the reply brief.

Entered at the direction of Judge Thacker with the concurrence of Judge Wilkinson and Judge Gregory.

                                       For the Court

                                       /s/ Nwamaka Anowi, Clerk